Núm. 8295.—PUEBLO, apldo. *v.* GONZÁLEZ, aplte.—▉▉▉▉▉▉▉▉ Junio 17, 1940.

Llamado hoy este caso, vistos las alegaciones del apelante y el allanamiento del Fiscal, así como lo resuelto entre otros casos, en *El Pueblo* v. *Díaz*, 55 D.P.R. 629, se declara con lugar el recurso y en su consecuencia se revoca la sentencia apelada y se absuelve al acusado.